IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SIMPSON | ) | CASE NO.: 1:08-CV-2005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOME DEPOT | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANTHONY DIBARTO | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed between the parties, NATHANIEL SIMPSON, Plaintiff and HOME DEPOT and ANTHONY DIBARTO, Defendants by and through their respective attorneys OSCAR TRIVERS and TONYA JOHNSON, that the above entitled action be, and the same hereby is dismissed with prejudice at Plaintiff's costs.

Dated: October 2, 2008

_____
OSCAR TRIVERS
Attorney for Plaintiff

Dated: October 2, 2008

_____
TONYA JOHNSON
Attorney for Defendants

IT IS SO ORDERED this __6__ day, October, 2008.

IT IS SO ORDERED.

s/Christopher A. Boyko
**JUDGE**
U.S. District Court Judge
November 6, 2008

The Case Management Conference Scheduled for 12/1/08 at 3:00 p.m. is cancelled.